IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| CODY KENNEY and MELISSA SKINNER, individually and on behalf of all similarly situated persons,<br><br>                Plaintiffs,<br><br>   v.<br><br>CENTERSTONE OF AMERICA, INC., CENTERSTONE OF INDIANA, INC., and CENTERSTONE OF TENNESSEE, INC.,<br><br>                Defendants. | Case No. 3:20-cv-01007<br><br>JUDGE ELI J. RICHARDSON<br><br>MAGISTRATE JUDGE<br>BARBARA D. HOLMES |

## PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

       Plaintiffs Cody Kenney and Melissa Skinner ("Plaintiffs") hereby move for final approval of the Class Action Settlement preliminarily approved by this Court on May 7, 2021. For the reasons set forth in the Memorandum filed herewith, the Declaration of Notice and Claims Administrator Andrew Perry also filed herewith, as well as the Motion for Approval of Attorneys' Fees, Costs, and Service Award and accompanying documents at ECF No. 39, and Plaintiffs' Unopposed Motion for Preliminary Approval and accompanying documents at ECF No. 32, as well as all other pleadings and papers on file in this action, Plaintiffs respectfully request this Court:

       a.     Grant final certification of the Settlement Class, appoint Plaintiffs Melissa Skinner and Cody Kenney as Class Representatives and appoint counsel David K. Lietz and Gary M. Klinger of Mason Lietz & Klinger LLP as Class Counsel;

b. Approve the requested attorneys' fees and costs in the amount of $410,000 (27 and 1/3% of the Settlement Fund) and Plaintiffs' requested Service Awards in the amount of $2,500 to each of the Named Plaintiffs;

c. Find that the Notice met the requirements of due process and Federal Rule of Civil Procedure 23;

d. Find that the terms of the Settlement Agreement fair, reasonable, and adequate and are approved, adopted, and incorporated by the Court;

e. Direct the Parties, their respective attorneys, and the Claims Administrator to consummate the Settlement in accordance with the Court Order and the terms of the Settlement Agreement; and

f. Resolve all claims against all parties in this Action and issue the Proposed Final Approval Order filed herewith and at ECF No. 34-6.

Dated: July 26, 2021

Respectfully Submitted,

By: */s/ David K. Lietz*
**MASON LIETZ & KLINGER LLP**
David K. Lietz (*admitted pro hac vice*)
5101 Wisconsin Avenue NW, Suite 305
Washington, D.C. 20016
Phone: (202) 429-2290
Fax: (202) 429-2294
dlietz@masonllp.com

**MASON LIETZ & KLINGER LLP**
Gary M. Klinger (*admitted pro hac vice*)
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: (202) 429-2290
Fax: (202) 429-2294
gklinger@masonllp.com

*Counsel for Plaintiffs and the Proposed Class*

**SPRAGENS LAW PLC**
John Spragens (TN Bar No. 31445)
311 22nd Avenue N.
Nashville, TN 37203
Phone: (615) 983-8900
Fax: (615) 682-8533
john@spragenslaw.com

*Additional Counsel for Plaintiffs and the Proposed Class*